

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2016

No. 04-16-00472-CR

Yessica Y. **PECINA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 491719
The Honorable Robert Behrens, Judge Presiding

# O R D E R

On November 18, 2016, because Appellant's brief was late and no motion for extension of time to file the brief had been filed, we ordered Appellant's counsel Edward F. Shaughnessy III to file Appellant's brief by November 28, 2016.

The same day our order issued, counsel filed Appellant's brief. Our November 18, 2016 order is satisfied.

The State's brief is due on December 19, 2016. *See* TEX. R. APP. P. 38.6(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2016.

_____
Keith E. Hottle
Clerk of Court